IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:16cr550-MHT |
| | ) | (WO) |
| **LARRY KEYUN CHAPPELL** | ) | |

## ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 33) and the objections filed by defendant Larry Keyun Chappell (doc. no. 39) and the response filed by the government (doc. no. 40); and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Larry Keyun Chappell's objections (doc. no. 39) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 33) is adopted, albeit on a ground different from that given by the magistrate judge.

 **(3) Defendant Chappell's motion to suppress (doc. no. 18) is denied.**

An opinion explaining the basis for this order will follow later.

DONE, this the 31st day of July, 2017.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**