IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:16cr550-MHT |
| | ) | (WO) |
| LARRY KEYUN CHAPPELL | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on August 9, 2017, this court entered a preliminary order of forfeiture (doc. no. 51) forfeiting defendant Larry Keyun Chappell's interest in the following property to the United States: 1 round of CBC-Brazilian Cartridge Company .45 caliber ammunition; 26 rounds of CCI .22 caliber ammunition; 3 rounds of CBC-Brazilian Cartridge Company .45 caliber ammunition; 21 rounds of Remington .45 caliber ammunition; and, 18 rounds of Remington .45 ammunition.;

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant. The government gave defendant notice in the indictment

(doc. no. 1) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1); and,

**WHEREAS**, the court finds that defendant Chappell has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and that the United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1);

It is ORDERED that the government's motion for a final order of forfeiture (doc. no. 70) is GRANTED as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): 1 round of CBC-Brazilian Cartridge Company .45 caliber ammunition; 26 rounds of CCI .22 caliber ammunition; 3 rounds of CBC-Brazilian Cartridge Company .45 caliber ammunition; 21 rounds of Remington

.45 caliber ammunition; and, 18 rounds of Remington .45 ammunition.

2. All right to, title to, and interest in the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 23rd day of January, 2018.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE